

**GRAY & ASSOCIATES**, L.L.P.   ATTORNEYS AT LAW

16345 WEST GLENDALE DRIVE • NEW BERLIN, WISCONSIN 53151
(414) 224-8404 • FAX (414) 224-1279

JAY J. PITNER
E-MAIL: JPITNER@GRAY-LAW.COM
BOARD CERTIFIED - CONSUMER BANKRUPTCY LAW
AMERICAN BOARD OF CERTIFICATION

August 16, 2019

The Honorable G. Michael Halfenger
U.S. Bankruptcy Judge
517 East Wisconsin Avenue
Milwaukee, WI 53202

    RE:    Timothy A. Schulz
            Chapter 13
            Case No. 12-20328-GMH

Dear Judge Halfenger:

Our office represents The Bank of New York Mellon, as Trustee for the CWMBS, Inc. Reperforming Loan REMIC Trust Certificates, Series 2004-R2 a creditor in this case. With respect to the docket notice entered August 15, 2019 our office respectfully requests that the hearings on our client's objection to confirmation of plan and the objection to the response to notice of final cure currently scheduled for August 19, 2019 be adjourned to be heard in conjunction with the adversary status conference currently scheduled for September 23, 2019.

Thank you for your consideration.

                              Sincerely,

                              GRAY & ASSOCIATES, L.L.P.

                              Jay J. Pitner

JJP/mmn
cc: Christine Wolk
     Rebecca Garcia